No. 7:05CR19-DLB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### PIKEVILLE

THE UNITED STATES OF AMERICA

v.

RONALD MARSHALL

## INDICTMENT

18 U.S.C. § 113(a)(3) - assault, 1 Count
18 U.S.C. § 1791 - possessing contraband in prison, 1 Count

A TRUE BILL

_____
FOREPERSON

Filed in Open Court on September 19, 2005

_____
CLERK

Bail, $ _____

Eastern District of Kentucky
FILED
SEP 1 9 2005
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

Eastern District of Kentucky
FILED
SEP 19 2005
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 7:05cr19-HRW

RONALD MARSHALL

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 113(a)(3)

On or about June 15, 2005, in Martin County, in the Eastern District of Kentucky,

**RONALD MARSHALL,**

at a place within the special maritime and territorial jurisdiction of the United States, that is, the United States Penitentiary, Big Sandy, did assault inmate Antonio Riley with dangerous weapons, to wit, a razor blade and a lock wrapped in a piece of cloth, with intent to do bodily harm and without just cause and excuse, all in violation of 18 U.S.C. § 113(a)(3).

## COUNT 2
### 18 U.S.C. § 1791(a)(2)

On or about June 15, 2005, in Martin County, in the Eastern District of Kentucky,

**RONALD MARSHALL,**

an inmate at the United States Penitentiary, Big Sandy, did knowingly possess prohibited

objects, that is, a razor blade and a piece of cloth which contained a lock, both designed and intended to be used as weapons, all in violation of 18 U.S.C. § 1791(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

2

## PENALTIES

### COUNT 1:

Not more than 10 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

### COUNT 2:

Not more than 5 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

### PLUS:

Mandatory special assessment of $100 per felony count.